UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
DEC 1 5 2020
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

————————————————————

GLORIA CLEVELAND,

      Plaintiff,

    v.                                                          20-CV-1351 (JLS) (JJM)

C. R. BARD, INC. and BARD
PERIPHERAL VASCULAR, INC.,

      Defendants.

————————————————————

## DECISION AND ORDER

On September 23, 2020, this Court referred this case to United States

Magistrate Judge Jeremiah J. McCarthy for all proceedings under 28 U.S.C. §

636(b)(1)(A) and (B).  Dkt. 17.

Judge McCarthy scheduled a telephonic scheduling conference for October 29,

2020 and, when counsel for Plaintiff Gloria Cleveland failed to appear, rescheduled

it for November 6, 2020.  Dkts. 26, 27.  Plaintiff's counsel again failed to appear.

Dkt. 28.  That day, Judge McCarthy issued a Report and Recommendation ("R&R"),

recommending that this action be dismissed on the merits pursuant to Federal Rule

of Civil Procedure 41(b).  Dkt. 29.

After the R&R was issued, Plaintiff's counsel entered a notice of appearance

in this case.  Dkt. 30.  Plaintiff then opposed the R&R; Plaintiff's counsel indicated

that she had not been receiving notifications in this case due to a clerical oversight.

1

Dkts. 31-32.  Defendants, in response, indicated that "they do not oppose Plaintiff's request for her case to be heard on the merits."  Dkt. 34, at 1.

Recognizing that Defendants do not oppose this outcome, the Court respectfully rejects Judge McCarthy's recommendation to dismiss this case.  The case is referred back to Judge McCarthy for further proceedings consistent with the referral order of September 23, 2020 (Dkt. 17).

SO ORDERED.

Dated:        December 15, 2020
              Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE